# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CM 05-244


WESTERN AMERICAN SPECIALIZED
TRANSPORTATION SERVICES, INC.

VERSUS

ROBERT LIGON, NANCY LIGON, STEVE LIGON
AND TRUCK-IT, INC.


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


### APPEAL FROM THE
### FIFTEENTH JUDICIAL DISTRICT COURT,
### PARISH OF LAFAYETTE, NO. 965009-K
### HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ELIZABETH A. PICKETT
### JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AMY, J.,** dissents and would remand the matter to the trial court for consideration of the motion to dismiss.

**APPEAL DISMISSED.**


ROBERT M. KALLAM
JENNIFER A. WELLS
PREIS, KRAFT & ROY
Post Office Drawer 94-C
Lafayette, LA 70509
(337) 237-6062
COUNSEL FOR ROBERT LIGON, NANCY LIGON AND
      TRUCK-IT, INC.

ROBERT G. JACKSON
JACKSON & JACKSON
Suit 400, 111 Founders Drive
Baton Rouge, LA 70884
(225) 756-8801
COUNSEL FOR WESTERN AMERICAN SPECIALIZED
     TRANSPORTATION SERVICES, INC.

J. KONRAD JACKSON
J. KINCAID JACKSON
JACKSON LAW FIRM
825 Baronne street
New Orleans, LA 70130
(504) 525-5090
COUNSEL FOR WESTERN AMERICAN SPECIALIZED
     TRANSPORTATION SERVICES, INC.

TRACY P. CURTIS
PERRET DOISE
600 Jefferson Street, Suit 1200
Lafayette, LA 70502-3408
(337) 261-1200
COUNSEL FOR DALLAS & MAVIS SPECIALIZED
     CARRIER COMPANY